IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **GARY N. AUBUCHON,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil No. **08-727-GPM-CJP** |
| **TIMOTHY GEITHNER**, In His Capacity as Secretary, U.S. Department of the Treasury, | ) ) ) |
| Defendant. | ) ) |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is the United States' Motion to Stay Discovery. **(Doc. 18)**.

Defendant has filed a motion for summary judgment which raises failure to exhaust administrative remedies. **See, Doc. 17.** Defendant asks the court to stay discovery until the motion for summary judgment has been ruled on. During the telephone scheduling conference on April 16, 2009, plaintiff's counsel agreed that discovery should be stayed.

Upon consideration and after consultation with Judge Murphy, the United States' Motion to Stay Discovery **(Doc. 18)** is **GRANTED**. The Court will delay the entry of a scheduling and discovery order until after the motion for summary judgment has been ruled on.

**IT IS SO ORDERED.**

**DATE: April 16, 2009.**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**