UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| GARY N. AUBUCHON,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY GEITHNER, in his capacity as Secretary of the Treasury,<br><br>　　Defendant. | Case No. 08-727-GPM |

## VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE

NOW COMES the Plaintiff, Gary N. AuBuchon, and the Defendants Timothy Geithner and Henry M. Paulson in their official capacity each by his respective undersigned Counsel pursuant to Rule 41, Federal Rules of Civil Procedure and files this Stipulation of Dismissal without Prejudice and with right to re-file.

s/ J. Phillip Krajewski
Counsel for Plaintiff

J. Phillip Krajewski
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone: (217) 522-3445
Facsimile: (217) 522-8234
Email: jpklaw@sbcglobal.net

s/Nathan E. Wyatt
Counsel for Defendants

Nathan E. Wyatt
Assistant United States Attorney
9 Executive Drive
Fairview Heights, Illinois 62208
Telephone: (618) 628-3700
Facsimile: (618) 622-3810
Email: Nathan.Wyatt@usdoj.gov